

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT BRANCH OF THE NATIONAL
ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE, LAWYERS
COMMITTEE FOR CIVIL RIGHTS UNDER
THE LAW,

        Plaintiff,        No. 05-CV-74296-DT

vs.        Hon. Gerald E. Rosen

MICHIGAN REPUBLICAN STATE
COMMITTEE a/k/a MICHIGAN REPUBLICAN
PARTY, REPUBLICAN NATIONAL
COMMITTEE,

        Defendant.
_____/



## ORDER TO SHOW CAUSE

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on   **NOV 2 3 2005**

PRESENT:  Honorable Gerald E. Rosen
                  United States District Judge

This matter having come before the Court on Plaintiffs' Motion for a Temporary Restraining Order to enjoin Defendants from serving as challengers at the November 8, 2005 general election in the City of Detroit; and the Court having heard the parties' arguments, and having ruled on this matter on the record on November 8, 2005; and it appearing to the Court that its ruling on Plaintiff's Motion for injunctive relief also resolves the claim for relief sought by Plaintiffs in their Complaint, and being otherwise

fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that within ten (10) days of the date of this Order, Plaintiffs shall SHOW CAUSE IN WRITING why Plaintiffs' Complaint should not be dismissed and this case, accordingly, be administratively closed.

_____
Gerald E. Rosen
United States District Judge