UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT BRANCH OF THE NATIONAL
ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE, LAWYERS
COMMITTEE FOR CIVIL RIGHTS UNDER
THE LAW,

          Plaintiff,          No. 05-CV-74296-DT

vs.          Hon. Gerald E. Rosen

MICHIGAN REPUBLICAN STATE
COMMITTEE a/k/a MICHIGAN REPUBLICAN
PARTY, REPUBLICAN NATIONAL
COMMITTEE,

          Defendant.
_____/

### ORDER OF DISMISSAL

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     December 21, 2005

PRESENT: Honorable Gerald E. Rosen
                United States District Judge

This matter having come before the Court pursuant to the Court's November 23, 2005 Order to Show Cause directing Plaintiffs to Show Cause in writing within 10 days why Plaintiffs' Complaint should not be dismissed and this case, accordingly, be administratively closed; and Plaintiffs having failed to respond to the Show Cause Order as directed; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that this case be, and hereby is, DISMISSED and the matter, accordingly, is, administratively closed.

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated: December 21, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 21, 2005, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager